FILED

NOV 2 5 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1   Ross E. Shanberg (SBN 179842)
    SHANBERG STAFFORD LLP
2   19200 Von Karman Avenue, Suite 400
    Irvine, California 92612
3   Telephone: (949) 622-5444
    Facsimile: (949) 622-5448
4   Email: rshanberg@ssfirm.com

5   Attorneys for Creditors,
    Bassam Alawie, Guadelupe Ceballos, Chris Harter, Nadia Alshakshir,
6   and Suliman Alshakshir

7

8               UNITED STATES BANKRUPTCY COURT                    BY FAX

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11                                    )   Chapter 7
                                      )
12                                    )   CASE NO. 8:08-bk-18366-ES
                                      )
13  In Re:                            )   Assigned for All Purposes To:
                                      )   Honorable Erithe A. Smith
14  MAGED GEORGE ZAKHARY              )
                                      )   **STIPULATION TO EXTEND TIME FOR**
15                                    )   **FILING OF MOTION TO DISMISS CASE**
                Debtor.               )   **UNDER 11 U.S.C. §§ 523 or 707, AND FOR**
16                                    )   **FILING A COMPLAINT OBJECTING TO**
                                      )   **DISCHARGE PURSUANT TO 11 U.S.C. § 727**
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )

22          TO THE HONORABLE ERITH A. SMITH, UNITED STATES BANKRUPTCY JUDGE:

23          Creditors BASSAM ALAWIE, GUADELUPE CEBALLOS, CHRIS HARTER, NADIA

24  ALSHAKSHIR, AND SULIMAN ALSHAKSHIR (hereinafter "Creditors"), and Debtor, MAGED

25  GEORGE ZAKHARY, by and through their respective counsel of record, hereby stipulate to an

26  extension of time for filing a Motion to Dismiss Case Under 11 U.S.C. §§ 523 or 707, and/or for

27  filing a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727, based on the following:

28

ORIGINAL

ORDER TO CHAMBERS
Date 11-25-09

1.    On December 17, 2008, Maged George Zakhary (hereinafter "Debtor"), filed a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code. Thomas H. Casey is the duly appointed and acting Chapter 7 Trustee for the Estate of Maged George Zakhary.

2.    On or about March 17, 2009, Creditors filed an Application to undertake a 2004 Examination of Debtor. This Application was granted by the Court on or about March 26, 2009.

3.    The 2004 Examination of Debtor took place on May 22, 2009. At the examination, Debtor produced many documents in response to Creditors' request for documents, although Debtor acknowledged that there may be additional documents that were in his possession, custody, or control, and which had not been produced in response to Creditors' documents requests. Debtor has agreed to search for and produce additional documents in the event they exist, and counsel for both parties are currently working together toward informal resolution and a complete production of documents by Debtor. Additionally, Debtor identified certain bank accounts at the Examination, of which Creditors counsel seeks to issue subpoenas for the recently identified bank accounts in order to further investigate Debtor's finances.

4.    In order to permit Debtor additional time to locate and produce responsive documents, and in order to permit Creditors counsel the opportunity to review said documents and conduct additional discovery and investigation pertaining to Debtor's personal financial records and related business entities, the parties have mutually agreed to extend the time in which Creditors must file the above-described motion(s). The parties have also conducted extensive good faith negotiations in an attempt to resolve this matter informally, and the parties continue to actively engage in settlement discussions. The parties are close to resolving this matter informally.

5.    The Court initially set June 26, 2009, as the last day for Creditors to file a Complaint to Determine Non-Dischargeability of Debt and/or Objection to Discharge pursuant to 11 U.S.C. §§ 523, 707, or 727. Pursuant to three previous stipulations and orders of this Court, this date was extended to the current bar date of December 1, 2009. Thus, by the instant Stipulation, the parties have agreed to mutually extend the bar date an additional 34 days, to January 4, 2010.

2

1    IT IS HEREBY STIPULATED that the date for Creditors to file a Complaint to Determine

2  Non-Dischargeability of Debt and/or Objection to Discharge pursuant to 11 U.S.C. §§ 523, 707, or

3  727 shall be extended for Creditors BASSAM ALAWIE, GUADELUPE CEBALLOS, CHRIS

4  HARTER, NADIA ALSHAKSHIR, AND SULIMAN ALSHAKSHIR from December 1,2009 to

5  January 4, 2010.

6

7

8  Dated: November 25, 2009              SHANBERG STAFFORD LLP

9
                                        By: _____
10                                         Russ E. Shanberg, Esq.
                                           Attorneys for Creditors, Bassam Alawie,
11                                         Guadelupe Ceballos, Chris Harter, Nadia
                                           Alshakshir, and Suliman Alshakshir
12

13

14  Dated: November 25, 2009
                                        _____
15                                         Donald H. Segretti, Esq.
                                           Attorney for Debtor,
16                                         Maged George Zakhary

17

18

19

20

21

22

23

24

25

26

27

28                          3

## PROOF OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 19200 Von Karman Avenue, Suite 400, Irvine, California 92612.

On **November 25, 2009,** I served true copies of the foregoing document described as **STIPULATION TO EXTEND TIME FOR FILING OF MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 523 or 707, AND FOR FILING A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727** on the interested parties in this action, addressed as follows:

| | |
|---|---|
| Debtor:<br>Maged George Zakhary<br>49 Northampton Court<br>Newport Beach, CA 92660 | Attorney for Debtor:<br>Michael E. Hickey<br>930 W 17th Street, Suite A<br>Santa Ana, CA 92706 |
| Susan Chang<br>US Small Business Administration<br>200 W Santa Ana Blvd, Suite 700<br>Santa Ana, CA 92701-7545 | Attorney for Creditor<br>Banco Popular North America:<br>Susan L. Vaage<br>500 N. Brand Blvd, Suite 1030<br>Glendale, CA 91203-3941 |
| Bankruptcy Trustee:<br>Thomas H. Casey<br>22342 Ave Empresa, Suite 260<br>Rancho Santa Margarita, CA 92688 | US Trustee<br>411 W. Fourth Street, Suite 9041<br>Santa Ana, CA 92701-8000 |

( )     By FACSIMILE: I transmitted the foregoing document by facsimile to the party(s) identified above by using the facsimile number(s) indicated. Said transmission(s) were verified as complete and without error.

(x)     BY U.S. MAIL: The documents were placed in sealed, addressed envelopes on the above date and placed for collection and mailing at my place of business. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )     (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on_____, at Irvine, California.

(x )     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: November 25, 2009

Shane Stafford