# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: MAGED GEORGE ZAKHARY        Atty Name (if applicable): DONALD SEGRETTI, ESQ.

Street Address: 49 Northampton Court        CA Bar No. (if applicable): #039856

Newport Beach, CA 92660        Atty Fax No. (if applicable): (949) 553-8188

Filer's Telephone No.: (949) 553-8088

In re:

MAGED GEORGE ZAKHARY

Case No.: 8:08-bk-18366-ES

Chapter 7 __X__   11 _____   13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes __X__    No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____   B ____   C ____   D ____   E ____   F _X_   G _X_   H _X_   I ____   J ____

Statement of Social Security Number(s) ____        Statement of Financial Affairs ____

Statement of Intention ____        Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, MAGED GEORGE ZAKHARY , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: February 11, 2010

*Debtor Signature*
MAGED GEORGE ZAKHARY

_____
*Co-Debtor Signature*

**"FOR COURT USE ONLY"**

**"SEE REVERSE SIDE"**

B-1008 Revised November 2003

B 6F (Official Form 6F) (12/07) - Cont

In re   MAGED GEORGE ZAKHARY          ,          Case No.  8:08-bk-18366-ES
            Debtor                                              (if known)

AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Hankey Investment Company, LP<br>190 Newport Center Dr., #220<br>Newport Beach, CA 92660 | X | | 12/18/2008<br>Co-signature on business lease | X | X | | $360,000± |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 360,000

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re MAGED GEORGE ZAKHARY,    Case No. 8:08-bk-18366-ES
Debtor    (if known)

AMENDED
# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hankey Investment Company, LP Lessor<br><br>Eva Verdult and Laser Center, Inc., co-lessees | Commercial lease at 2043 Westcliff Drive Newport Beach, CA  92660<br>Lease at $5,940/monthly for 5 years. Commenced prior to Bk filing. |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re  MAGED GEORGE ZAKHARY  ,          Case No. 8:08-bk-18366-ES
            Debtor                                                (If known)

## AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eva Verdault | Hankey Investment Company, LP<br>190 Newport Center Dr. #220<br>Newport Beach, CA   92660 |

| In re: | CHAPTER 7 |
|---|---|
| MAGED GEORGE ZAKHARY  Debtor(s). | CASE NUMBER 8:08-bk-18366-ES |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described  Amendment to Schedules F, G, & H. _____ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On Feb. 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee - ustpregion16.sa.ecf@usdoj.gov
Thomas H Casey, Chapter 7 trustee - msalustro@tomcaseylaw.com
Banco Popular, Graham Vaage, LLP - svaage@gahamvaagelaw.com
Patterson Dental Supply, Inc., Hemar & Associates - MAnderson@Hemar.com
U.S. Small Bus Admin - susan.chang@sba.gov
Daimler Trust - sith@cookseylaw.com         [X] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith, U.S. Bankruptcy Judge
  411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593
Bassam Alawi, et al., c/o Ross E. Shanberg, Esq.
  19200 Von Karman Ave., Suite 400, Irvine, CA 92612
Hankey Investment Company, LP, 190 Newport Center Dr., #220
  Newport Beach, CA 92660         [ ] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Feb. 15, 2010 | DONALD SEGRETTI, ESQ. | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                         F 9013-3.1